UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 22-180-MWF(JEMx)**                              Dated: **September 13, 2023**

Title:      Innovative Fabrication School, Inc. v. American Fabrication Academy, Inc.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                    Sheri Kleeger
    Courtroom Deputy           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    Mandana Jafarinejad                  Marc E. Hankin
                                                    Elody Bardon

**PROCEEDINGS:**      **TELEPHONIC STATUS CONFERENCE**

    Case called, and counsel make their appearance. The telephonic conference is held.

    The Court and counsel discuss the upcoming trial of October 31, 2023. For the reasons stated on the record, counsel shall jointly email Ms. Sanchez on how they wish to proceed with respect to trial.

    **IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:17