UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **EDCV 22-180-MWF(SSCx)**   Date:  May 15, 2025

Title   ***Innovative Fabrication School, Inc. v. American Fabrication Academy, Inc.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR ATTORNEY FEES [108]; ORDER SETTING FINAL PRETRIAL AND TRIAL DATES; REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

On May 2, 2025, Defendants filed a Motion for Attorney Fees (the "Fees Motion" (Docket No. 108)), which the Court determines is premature.  This action has not been fully resolved by judgment, final order, or dismissal.  *See* Fed. R. Civ. P. 54(b); Local Rule 54-7.  Accordingly, the hearing on June 2, 2025 is **VACATED**, and the Fees Motion is **DENIED** without prejudice.  Any additional filings on the issue of Defendants' premature Fees Motion, including Plaintiff's intended motion for sanctions, will be summarily denied.

The Court has reviewed the parties' Witness Lists (Docket Nos. 105 and 106), the Court's prior Order Re Final Pretrial and Trial Dates (Docket No. 107), and the Joint Status Report in Response to Scheduling Notice and Order (Docket No. 110).  The Court now sets the following remaining deadlines as to any Rule 16 filings that should be updated, and the Final Pretrial Conference and Trial Dates.

| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement (no further motions in limine may be filed) | June 26, 2025 |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 22-180-MWF(SSCx)**                                            Date:  May 15, 2025

Title          ***Innovative Fabrication School, Inc. v. American Fabrication Academy, Inc.***

| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict Forms, file statement regarding Disputed Instructions and Verdict Form | July 3, 2025 |
|---|---|
| **Final Pretrial Conference** | **July 14, 2025, at 11:00 a.m.** |
| **Jury Trial** | **July 29, 2025, at 8:30 a.m.** |

As always, civil trial dates are subject to the Court's availability due to its criminal calendar.

At trial, each side will have a total of six (6) hours for all testimony, including for direct, cross, re-direct and re-cross examination of all witnesses or presentation of deposition testimony.  This does not include the time for voir dire, opening statements, jury instruction, and closing arguments.  The first day of trial will be a full day schedule, 8:30 a.m. to 4:30 p.m.  After the first day, the trial be held on a compressed schedule, 8:30 a.m. to 2:30 p.m., with two 20-minute breaks.

This matter is referred to Magistrate Judge Stephanie S. Christensen for such settlement proceedings as she may conduct or direct.  Counsel are directed to contact Judge Christensen's courtroom deputy to arrange a date and time for the settlement conference.  The settlement conference shall be concluded no later than **June 20, 2025.**

IT IS SO ORDERED.